**Dismiss and Opinion Filed April 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00017-CV

### KALAN BETTS AND ALL OTHER OCCUPANTS, Appellant
### V.
### MARK HOWARD, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06269-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The filing fee and docketing statement in this case are past due. By postcard dated January 7, 2014 we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 7, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* T<span>EX</span>. R. A<span>PP</span>. P. 37.3(b); 42.3(b), (c).


140017F.P05


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KALAN BETTS AND ALL OTHER
OCCUPANTS, Appellant

No. 05-14-00017-CV     V.

MARK HOWARD, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-13-06269-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
    It is **ORDERED** that appellee MARK HOWARD recover his costs of this appeal from appellant KALAN BETTS AND ALL OTHER OCCUPANTS.


Judgment entered April 2, 2014


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE